IN THE UNITED STATES DISTRICT COURT

For the Middle District of North Carolina

| | |
|---|---|
| MARION LAMONT SHERROD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:07CV28 |
| v. ) | |
| ) | |
| LT. R.B. KING, Chief Jailer and ) | |
| and ROCKINGHAM COUNTY JAIL, ) | |
| ) | |
| Defendants. ) | |

**O-R-D-E-R**

On August 2, 2007, in accordance with 28 U.S.C. § 636(b), the Recommendation of the United States Magistrate Judge was filed and notice was served on the parties in this action and a copy was given to the court.

Within the time limitation set forth in the statute, Defendants objected to the Recommendation.

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's recommendation.

**IT IS THEREFORE ORDERED** that Defendants' motion to dismiss for failure to state a claim [Doc. No. 10 ] be **DENIED.** It is further **ORDERED** that the Rockingham County Jail be dismissed as a party-defendant to this action. A judgment dismissing the Rockingham County Jail as a defendant will be entered contemporaneously with this order.

　　　　　　　　　　　　　　　　　　　／s／ William L. Osteen, Jr.
　　　　　　　　　　　　　　　　　　　United States District Judge

April 18, 2008