**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| MARION LAMONT SHERROD, | ) | |
| | ) | |
| Plaintiff, pro se, | ) | |
| | ) | |
| v. | ) | |
| | ) | 1:07CV28 |
| LIEUTENANT R. B. KING, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On September 23, 2010, in accordance with 28 U.S.C.
§ 636(b), the Recommendation of the United States Magistrate
Judge (Doc. 81) was filed, and notice was served on the parties
in this action, and a copy was given to the court.

Within the time limitation set forth in the statute,
Plaintiff objected[1] to the Recommendation.  In addition to the
Recommendation, Plaintiff has objected to the Order of the
Magistrate Judge denying various non-dispositive motions.  Those
rulings and objections are reviewed under a clearly erroneous on

---

[1] The court notes that Plaintiff has filed what he calls a
Motion to Relate [Doc. 84].  While it is not clear, apparently
the motion references a tort claim which Plaintiff has pending
before a state agency or in the state courts.  Be that as it may,
a state tort claim is a much different proceeding from this
Section 1983 case premised on a constitutional violation.  The
court is convinced, after a de novo review, that Plaintiff has no
constitutional claim on these alleged circumstances.  Therefore,
to the extent that the motion to relate requires any action by
the court, the motion is **DENIED**.

contrary to law standard.  28 U.S.C. § 636(b)(1)(A), Fed. R. Civ.
P. 72(a).

The court has appropriately reviewed the portions of the
Magistrate Judge's report to which objection was made and has
made a de novo determination which is in accord with the
Magistrate Judge's report.  The court therefore adopts the
Magistrate Judge's recommendation.

**IT IS THEREFORE ORDERED** that Defendant's motion for summary
judgment [Doc. 43] is **GRANTED**, and Plaintiff's motion for a
temporary restraining order [Doc. 64] is **DENIED**, and the Order of
the Magistrate Judge denying Plaintiff's non-dispositive motions
is **ADOPTED** and **AFFIRMED**.  A judgment will be entered
contemporaneously with this Order.

_William L. Osteen, Jr._
United States District Judge

January 18, 2011